UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

MID CITY TOWER, LLC                                                           CASE NO. 16-10877
    DEBTOR                                                                         CHAPTER 11

## MEMORANDUM TO RECORD
## FOLLOWING TELEPHONE CONFERENCE

At the request of the parties, the court held a telephone conference on Wednesday, November 30, 2016 at 2:00 p.m. to discuss the order (P-153) granting the motion to sell and redeem interests in the debtor (P-136). Participating were:

    Pamela G. Magee, Attorney for Debtor
    Trenton A. Grand, Attorney for Matthew S. Thomas
    Christopher M. Sylvia, Attorney for MidSouth Bank, N.A.
    Barry W. Miller, David S. Gunn and Tami T. York, Attorneys for Bobby Z. Joseph

The court and counsel discussed the possibility of amending the order, the status of the application to refinance the debtor's outstanding mortgage debt, and related issues.

Baton Rouge, Louisiana, November 30, 2016.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE